IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN BRODAK, CORAL BRODAK, and BRODAK MANUFACTURING AND DISTRIBUTING, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> GEORGE T. McCLAIN and RANDI GIFFORD, <br><br> Defendants. | CIVIL ACTION NO.: 06-146 |

### ORDER

AND NOW, this 2nd day of August, 2006, upon consideration of Plaintiffs' Motion to Strike Defendant McClain's Motion for Enlargement of Time and Reply Brief, it is hereby **ORDERED, ADJUDGED and DECREED** that the Plaintiff's Motion is ~~granted. Defendant McClain's Motion for an extension of time is denied and Defendant's Responsive Brief is hereby stricken.~~ DENIED. Defendant McClain is, however, admonished to properly comply with the Rules of Procedure and the practices of this Court. Additional extensions or allowances will not be made without a sound and reasonable explanation for any delay.

United States Magistrate Judge
Lisa Pupo Lenihan